THE STATE OF OHIO, APPELLEE, *v.* EVANS, APPELLANT.

[Cite as *State v. Evans,* 123 Ohio St.3d 462, 2009-Ohio-6086.]

*Court of appeals' judgment affirmed on the authority of State v. Hunter.*

(No. 2008-1972 — Submitted September 2, 2009 — Decided
November 24, 2009.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 90520,
2008-Ohio-4102.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority
of *State v. Hunter*, 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa
Reitz Williamson, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin,
Assistant Public Defender, for appellant.

_____